NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

HARBOR COMMUNITY BANK,            )
                                  )
            Appellant,            )
                                  )
v.                                )        Case No. 2D17-3419
                                  )
G. PERRY MASON, III, individually, )
                                  )
            Appellee.             )
                                  )
_____   )

Opinion filed October 3, 2018.

Appeal from the Circuit Court for
Highlands County; Michael E. Raiden,
Judge.

John W. Landkammer and John A.
Anthony of Anthony & Partners, LLC,
Tampa, for Appellant

Robert A. Stok and Brian H. McGuire
of Stok Folk + Kon, Aventura, for
Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, CASANUEVA, and ROTHSTEIN-YOUAKIM, JJ., Concur.